UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GEORGE KENNETH COLBERT,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | NO. CV 18-05680-DSF(AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate[1] Judge.

---

[1] The Court notes that Petitioner's petition for recall of sentence pursuant to California Penal Code Section 1170.126 (Proposition 36) remains pending. According to the Los Angeles Superior Court's criminal case summary online database, a readiness hearing is currently scheduled for September 16, 2019 See http://www.lacourt.org/ criminalcasesummary/ ui/Selection.aspx, last visited July 19, 2019.

**IT IS ORDERED** that Judgment be entered denying the Petition and dismissing Grounds One through Four of the Second Amended Petition with prejudice and dismissing Ground Five of the Second Amended Petition without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 29, 2019

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE