JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| GEORGE KENNETH COLBERT, ) | NO. CV 18-05680-DSF(AS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| KEN CLARK, Warden ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is denied and dismissed with prejudice as to Grounds One through Four and dismissed without prejudice as to Ground Five.

DATED: July 29, 2019.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE